IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02630-PAB-CBS

FIRST CITIZENS BANK & TRUST COMPANY, a North Carolina commercial bank,

    Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation, and
BENNETT & PORTER INSURANCE SERVICES, LLC, an Arizona limited liability company,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**
_____

    This matter comes before the Court on the Joint Stipulated Motion to Dismiss *With Prejudice* [Docket No. 38]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Joint Stipulated Motion to Dismiss *With Prejudice* [Docket No. 38] is GRANTED. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Travelers Casualty Insurance Company of America are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

```
```

DATED March 4, 2013.

                    BY THE COURT:

                    s/Philip A. Brimmer
                    PHILIP A. BRIMMER
                    United States District Judge