IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02630-PAB-CBS

FIRST CITIZENS BANK & TRUST COMPANY, a North Carolina commercial bank,

    Plaintiff,

v.

BENNETT & PORTER INSURANCE SERVICES, LLC, an Arizona limited liability company,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    This matter comes before the Court on the Joint Stipulated Motion to Dismiss With Prejudice [Docket No. 40]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Joint Stipulated Motion to Dismiss With Prejudice [Docket No. 40] is GRANTED. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant Bennett & Porter Insurance Services, LLC are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

    **ORDERED** that this case is closed in its entirety.

    DATED March 18, 2013.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge